# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| BELIA CADIZ, on behalf of herself and others similarly situated, | ) ) | |
| PLAINTIFF, | ) ) | Civil Action No. 17-cv-06372 |
| v. | ) ) | Hon. Matthew F. Kennelly |
| PREMIERE CREDIT OF NORTH AMERICA, LLC, | ) ) ) | |
| DEFENDANT. | ) | Magistrate Judge Sheila Finnegan |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED to by Plaintiff and Plaintiff's attorney and the Defendant and Defendant's attorneys, that pursuant to Rule 41(a) (1) (A) (ii) of the Federal Rules of Civil Procedure, the above-titled action against the Defendants shall be and hereby is dismissed with prejudice and on the merits, with each side to bear its own fees and costs.

**Dated: December 12, 2017**

| Counsel for Plaintiff | Counsel for Defendant |
|---|---|
| s/*Celetha Chatman* | *s/ Kevin Borozan* |
| Celetha Chatman | Kevin S. Borozan, Esq. |
| Michael Wood | Messer Strickler, Ltd. |
| Community Lawyers Group Ltd. | 225 W. Washington |
| 73 W. Monroe Street, Suite 502 | Suite 575 |
| Chicago, IL 60603 | Chicago, IL 60606 |
| Ph: (312)757-1880 | 312-334-3474 Phone |
| Fx: (312)476-1362 | 312-334-3473 Fax |
| cchatman@communitylawyersgroup.com | |
| mwood@communitylawyersgroup.com | *Attorneys for Defendants* |
| *Attorneys for Plaintiff* | |

## **CERTIFICATE OF SERVICE**

I, Celetha Chatman, an attorney, hereby certify that on December 12, 2017, I electronically filed the foregoing document using the CM/ECF system, which will send notification of such filing to all attorneys of record.

**Dated: December 12, 2017**                                          Respectfully submitted,

                                                                                By:     /s/ *Celetha Chatman*